Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:08-mj-00121-YNP |
| | ) | |
| Plaintiff, | ) | (Amended) MOTION TO |
| | ) | DISMISS; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| PATRICK LOEHR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, the United States hereby moves the

Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court

endorsed hereon.

        Dated: October 30, 2009                    NATIONAL PARK SERVICE


                                                              /S/ Susan St. Vincent
                                                      Susan St. Vincent
                                                      Acting Legal Officer



                                        **ORDER**

    IT IS SO ORDERED.

**Dated:   October 30, 2009            /s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE